**TRANSFER OF JURISDICTION**

08 CRIM 603

| | |
|---|---|
| | DWB/sb |
| | DOCKET NUMBER (Tran. Court) |
| | 1:05CR00188-002 |
| | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| FRANCISCO PICHARDO | WD/NY | Buffalo |
| 24 Metropolitan Avenue, Apt | | |
| Bronx, New York 10462 | NAME OF SENTENCING JUDGE | |
| | HON. RICHARD J. ARCARA | |

| DATES OF PROBATION | FROM | TO |
|---|---|---|
| | 05/19/2008 | 05/18/2010 |

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED

OFFENSE

Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §841(a)(1) and 21 U.S.C. §841(b)(1)(C) all in violation of 21 U.S.C. §846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **WESTERN**   DISTRICT OF   **NEW YORK**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of New York   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

May 26, 2008
DATE

Richard J Arcara
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **SOUTHERN**   DISTRICT OF   **NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 0 2 2008

EFFECTIVE DATE

UNITED STATES DISTRICT JUDGE

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE