REQUEST FOR COURT ACTION / DIRECTION

**08 CRIM 603**

| | |
|---|---|
| TO:     Jim Molinelli<br>         Docket Clerk | OFFENSE: Distribute Cocaine (21 USC 841 (a)(1)and 21 USC 841 (b)(1)(C),a Class C Felony |
| | ORIGINAL SENTENCE: Two (2) Years Probation. |
| FROM:   Steven Vargas<br>         U.S. Probation Officer | SPEC. CONDITIONS:  $100 Special Assessment fee. The defendant shall submit his/her person, residence, office or vehicle to a SEARCH, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. |
| | AUSA: Joseph M. Guerra III |
| RE:     Francisco Pichardo<br>         Docket #1:05CR00188-002 | |
| DATE OF SENTENCE:  05/19/08 | |
| DATE:   July 1, 2008 | |
| ATTACHMENTS:   JUDGMENT X | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

---

**ASSIGNMENT FOR TRANSFER OF JURISDICTION**

On March 19, 2008, the above-mentioned individual was sentenced as outlined above in the Western District of New York, by the Honorable Richard J. Araca, U.S. District Judge.

On May 28, 2008, we received a letter from the Western District of New York, advising that the Honorable Richard J. Araca, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Pichardo's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Francisco Pichardo                          - 2 -                                  47244/SV

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                               Respectfully submitted,

                                               Chris J. Stanton
                                               Chief U.S. Probation Officer

By: _____
                                               Steven Vargas
                                               U.S. Probation Officer
                                               212-805-5076